IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH ANNE LEMON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 23-741-SRF |
| LELAND DUDEK,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion of September 18, 2025;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant Leland Dudek and against Plaintiff Elizabeth Anne Lemon.

_____
United States Magistrate Judge

Dated: 9/18/2025

_____
(By) Deputy Clerk